IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| Plaintiff, | CASE NO. 8:18CR174 |
| vs. | SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |
| DUSTIN D. CROGHAN | |
| Defendant. | |

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

x _____		November 20, 2019
Defendant					Date

_____		November 20, 2019
Attorney for Defendant				Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

Date and Time: 11/20/2019, 10:56 am

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge